# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Jones,<br><br>   Plaintiff,<br><br> v.<br><br>Sunny Chin, an Individual; Yula Chin, an Individual; Saela Chin, an Individual; and Does 1-10,<br><br>   Defendants. | Case No.: CV 20-11044-DMG (SKx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [23]** |

Pursuant to Fed. R. Civ. P. 41 and Plaintiff's Notice of Dismissal [Doc. # 23], and good cause appearing,

**IT IS ORDERED THAT:**

Plaintiff George Jones's action against Defendants Sunny Chin, Yula Chin, and Saela Chin is dismissed with prejudice.  The parties will be responsible for their own respective fees and costs.

DATED: February 2, 2021

              _/s/ Dolly M. Gee_____
              DOLLY M. GEE
              UNITED STATES DISTRICT JUDGE

1